FILED
HARRISBURG, PA
JUN 25 2020
PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA BALLIET, | : |
| Plaintiff, | : NO. 1:19-cv-00763-SES |
| | : |
| -vs- | : |
| | : (SCHWAB, C.M.J.) |
| ANDREW SAUL, | : |
| Commissioner of | : |
| Social Security, | : |
| Defendant. | : (Electronically Filed) |

### ORDER

AND NOW, this 25 day of June, 2020, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff is awarded attorney fees under EAJA in the amount of Two Thousand Dollars ($2,000.00). The attorney fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel, Michael P. Boyle. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will

reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*SE Schwab*
SUSAN E. SCHWAB
CHIEF, U.S. MAGISTRATE JUDGE